IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENYA HARRIS, | No. C 13-4051 LHK (PR) |
| Plaintiff, | ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT |
| v. | |
| OAKLAND POLICE DEPARTMENT and POLICE PATROL OFFICER, | |
| Defendants. | (Docket No. 5.) |

Plaintiff, a California state prisoner proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On December 4, 2013, the court dismissed the complaint with leave to amend. (Docket No. 4.) Plaintiff was advised to file an amended complaint within thirty days. Plaintiff has filed a letter in which he requests an extension of time. (Docket No. 5.)

Plaintiff's request is **GRANTED**. Plaintiff shall file an amended complaint **no later than thirty (30) days** from the date this order is filed. **Failure to file an amended complaint within thirty days may result in dismissal for failure to prosecute.**

IT IS SO ORDERED.

DATED: 1/17/14

LUCY H. KOH
United States District Judge

Order Granting Req. for Ext. of Time to File Amended Complaint
G:\PRO-SE\LHK\CR.13\Harris051eot-ac.wpd