IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENYA HARRIS, | No. C 13-4051 LHK (PR) |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| OAKLAND POLICE DEPARTMENT and POLICE PATROL OFFICER, | |
| Defendants. | |

On August 30, 2013, plaintiff, proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On December 4, 2013, the court dismissed plaintiff's complaint with leave to amend, and directed plaintiff to file an amended complaint within thirty days. On January 17, 2014, the court granted plaintiff an extension of time within which to file his amended complaint. Plaintiff was cautioned that his failure to file his amended complaint within thirty days would result in the dismissal of this action. To date, plaintiff has not filed an amended complaint. Thus, the instant action is DISMISSED without prejudice. The clerk shall enter judgment and close the file.

IT IS SO ORDERED.

DATED: 3/3/14

LUCY H. KOH
United States District Judge

Order of Dismissal
P:\PRO-SE\LHK\CR.13\Harris051dis.wpd