IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENYA HARRIS,<br><br>                    Plaintiff,<br><br>   vs.<br><br>OAKLAND POLICE DEPARTMENT and<br>POLICE PATROL OFFICER,<br><br>                    Defendants. | No. C 13-4051 LHK (PR)<br><br>JUDGMENT |

The court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED:   3/3/14

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

P:\PRO-SE\LHK\CR.13\Harris051jud.wpd